IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | Cr. No. 04-20314-D |
| NANCY WILLIS and VICKIE HERRON, | * | |
| Defendant. | * | |

## ORDER CONTINUING TRIAL TO SEPTEMBER 19, 2005

Upon motion of the defendant, the Court **ORDERS** that the trial in this case is continued to September 19, 2005. The Court further **ORDERS** that this shall be the final continuance granted and that the case shall be tried beginning September 19, 2005.

The period from August 8, 2005 through September 19, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing the defendants additional time to prepare outweighs the need for a speedy trial.

**ENTERED** this 9th day of <u>August</u>, 2005.

BERNICE B. DONALD
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 2:04-CR-20314 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT