IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 11 AM 11:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| VS. | CR. NO. 04-20314-D |
| NANCY WILLIS,<br>VICKIE HERRON | |
| Defendant. | |

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

Counsel for the defendants came before the court on August 2, 2005, and requested a continuance of the August 8, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset a **firm trial date of Monday, September 19, 2005, at 9:00 a.m.** A Daubert hearing was set for Tuesday, August 30, 2005, at 3:30 p.m., in <u>Courtroom 3, 9th Floor</u> of the Federal Building, Memphis, TN.

The period from August 12, 2005 through October 14, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 9th day of August, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 91 in case 2:04-CR-20314 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT