FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT 05 AUG 24 AM 7:00
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Case No.: 04-20314 D |
| | * | |
| v. | * | |
| | * | |
| NANCY WILLIS and VICKIE HERRON | * | |
| | * | |
| Defendants. | * | |

ORDER WITHDRAWING DAUBERT REQUEST AND
STRIKING THE HEARING

It appears to the court that the parties moved *ore tenus* to withdraw its request for a Daubert hearing. Accordingly, the court will strike the August 30, 2005 hearing referenced in the court's minutes (Docket # 82).

IT IS SO ORDERED this 23rd day of August, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-25-05

(93)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 93 in case 2:04-CR-20314 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT