IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

2005 OCT 18 PM 3:41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| USA | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  No. 04-20314-D |
| | ) |
| WILLIS & HERRON | ) |
| | ) |
|     Defendant. | ) |

ORDER DIRECTING CLERK'S OFFICE TO PAY PER DIEM

The clerk's office is directed to pay the requisite per diem for lodging, food and other allowed expenses for Juror Timmy Bunch from October 18, 2005, until the court dismisses him.

Mr Bunch who is currently serving on the jury in the above styled case, lives in Lenox, Tennessee.

SO ORDERED this _18_ day of October 2005

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-20-05_

106

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 106 in case 2:04-CR-20314 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT